AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| HOPE ELLY and JOHN SMITH <br> *Plaintiff(s)* <br> v. <br> MAGNOLIA HILL, LLC, and <br> CHURCHILL DOWNS INCORPORATED <br> *Defendant(s)* | Civil Action No.  3:19-cv-119DPJ-FKB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MAGNOLIA HILL, LLC
c/o C T Corporation System
Attn.: Registered Agent
645 Lakeland East Drive, Suite 101
Flowood, MS 39232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Bradley D. McAdory
ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, AL 36106

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date:  2/14/2019

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | | |
|---|---|---|
| HOPE ELLY and JOHN SMITH<br>*Plaintiff(s)*<br>v.<br>MAGNOLIA HILL, LLC, and<br>CHURCHILL DOWNS INCORPORATED<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  3:19-cv-119DPJ-FKB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CHURCHILL DOWNS INCORPORATED
c/o C T Corporation System
Attn.: Registered Agent
645 Lakeland East Drive, Suite 101
Flowood, MS 39232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Bradley D. McAdory
ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, AL 36106

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
*CLERK OF COURT*

Date:  2/14/2019

*Signature of Clerk or Deputy Clerk*