# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**HOPE ELLY AND JOHN SMITH**                                               **PLAINTIFFS**

**VS.**                                  **CIVIL ACTION NO.: 3:19-CV-119-DPJ-FKB**

**MAGNOLIA HILL, LLC AND**
**CHURCHILL DOWNS INCORPORATED**                              **DEFENDANTS**

## AGREED JUDGMENT OF DISMISSAL
## WITH PREJUDICE

THIS MATTER CAME ON for hearing by the Court on the joint motion, *ore tenus*, of the Plaintiffs, Hope Elly and John Smith, ("Plaintiffs") by and through their counsel, and the sole remaining Defendant, Magnolia Hill, LLC, ("Defendant") for entry of an Agreed Judgment of Dismissal With Prejudice. The Court, having been advised that Plaintiffs wish to dismiss their claims against Defendant with prejudice, finds that the motion is well-taken and should be granted. As such, the Court does hereby enter this Agreed Judgment of Dismissal With Prejudice and, through it, hereby dismisses all claims and causes of action by Plaintiffs in this suit against Defendant, and the suit in its entirety, with prejudice and without any award of costs, interest, or attorney's fees. All parties are to bear their own costs and attorney fees.

**SO ORDERED AND ADJUDGED** this the 29th day of April, 2020.

                                                         s/ *Daniel P. Jordan III*
                                                         CHIEF UNITED STATES DISTRICT JUDGE

*[ATTORNEY SIGNATURES ON NEXT PAGE]*

_s/ Pshon Barrett_
Pshon Barrett, Esq.
Bradley D. McAdory, Esq.
ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, Alabama 36106

**ATTORNEYS FOR PLAINTIFFS**


_s/ Richard G. Norris, II_
Richard G. Norris, II, Esq.
WELLS MARBLE & HURST, PLLC
Post Office Box 131
Jackson, Mississippi  39205-0131
300 Concourse Blvd., Suite 200
Ridgeland, Mississippi 39157

**ATTORNEYS FOR DEFENDANT**